

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-80,822-01

### EX PARTE JOSEPH M. MARRUFO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2008CR0327 IN THE 290TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*.  KELLER, P.J., filed a dissenting opinion in which KEASLER and HERVEY, JJ., joined.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of burglary with intent to commit sexual assault of a child and one count of burglary with intent to commit sexual assault. He was sentenced to six years' imprisonment on each count. He did not appeal his convictions.

Applicant contends, among other things, that his convictions violate the Double Jeopardy Clause of the United States Constitution.  Applicant's burglary convictions violate the prohibition

on double jeopardy because he was punished multiple times for a single unlawful entry. *See Ex parte Cavazos*, 203 S.W.3d 333, 337 (Tex. Crim. App. 2006). We agree with the trial court's conclusion that Applicant has suffered multiple punishments for the same offense. Applicant is entitled to relief.

Relief is granted. The judgment in Count II, Paragraph A of Cause No. 2008CR0327 in the 290th Judicial District Court of Bexar County is vacated and set aside. All remaining issues challenging the judgment in count one are denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Parole Division.

Delivered: April 9, 2014
Do Not Publish